**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**GEOFFREY H. ANDERSON,**

    **Plaintiff,**

**v.**                                                                       **Case No: 5:15-cv-26-Oc-30PRL**

**JOHN MOORE, CHARLES W.**
**RUSSELL, JOHN FLYNN, ANDY**
**AULD, SCOTT PENVOSE, GARY S.**
**BORDERS and CITY OF GROVELAND**

    **Defendants.**

## ORDER

Before the Court is *pro se* Plaintiff's motion to extend the dispositive motion deadline.[1] (Doc. 97). Plaintiff represents that this extension is necessary to allow him time in which to review additional discovery ordered by this Court and then, if he chooses, file a dispositive motion. Upon due consideration, Plaintiff's motion (Doc. 97) is **GRANTED** and he may file a dispositive motion on or before June 22, 2016.[2]

---

[1] Plaintiff is reminded that under Local Rule 3.01(g), before filing a motion in a civil case (with limited exceptions), the moving party shall confer with the opposing party in a good faith effort, and shall file with the motion a statement certifying that the moving party has conferred with the opposing party and state whether the parties agree on the resolution of the motion. "*Pro se* litigants are required to conform to such procedural rules." *Black v. Culbertson*, 470 F. App'x 737, 739 (11th Cir. 2012).

[2] This date is consistent with the named officers' current dispositive motion deadline. (See Doc. 95).

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on May 31, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties