UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GEOFFREY H. ANDERSON,

    Plaintiff,

v.                                                Case No:  5:15-cv-26-Oc-30PRL

SHERIFF GARY S. BORDERS,
JOHN MOORE, CHARLES RUSSELL,
SCOTT PENVOSE,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Replacement of Assigned Judges and Motion for Change of Venue (Doc. 113).  By his motion, Plaintiff requests recusal of the undersigned and Magistrate Judge Philip R. Lammens, alleging that recusal is appropriate because both this Court and Judge Lammens have demonstrated prejudice against Plaintiff and favoritism toward counsel for Defendants.  (*Id.*).  Plaintiff also requests a transfer of venue because he asserts that he cannot receive a fair trial in Marion County, Florida, because the people of Marion County are not sufficiently intelligent to understand the law and have demonstrated favoritism toward law enforcement.

The grounds for recusal are enumerated under 28 U.S.C. § 455, which provides two primary reasons for recusal.  Namely, a judge shall disqualify himself or herself in any

proceeding in which (1) the judge's "impartiality might reasonably be questioned," or (2) the judge "has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding." 28 U.S.C. §§ 455(a), (b)(1). Plaintiff contends that the undersigned and Judge Lammens demonstrated partiality toward Plaintiff by ignoring falsehoods provided by counsel for Defendants and by sanctioning Plaintiff for a discovery violation. Plaintiff has not demonstrated bias. Rather, Plaintiff appears to be displeased with the Court's rulings on various issues that have arisen in this case. This is not an adequate basis for recusal.

As to Plaintiff's request to transfer venue, Plaintiff's opinion as to the ability of the potential jurors to fairly adjudicate his case does not warrant a transfer of venue.

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion for Replacement of Assigned Judges and Motion for Change of Venue (Doc. 113) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of July, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record