# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

GEOFFREY H. ANDERSON,

    Plaintiff,

v.                                                       Case No: 5:15-cv-26-Oc-30PRL

JOHN MOORE, CHARLES W.
RUSSELL, SCOTT PENVOSE, and
SHERIFF GARY S. BORDERS, in his
official capacity,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court on Defendant Sheriff Gary S. Borders' Motion for Entry of Judgment (Doc. 124). The Court, having reviewed the motion, and being otherwise fully advised in the premises, concludes that Sheriff Border's motion should be granted.

On August 16, 2016, the Court entered an order (Doc. 117) granting Sheriff Borders' summary judgment motion. (Doc. 83). The order also granted summary judgment as to Defendants John Moore and Charles Russell.[1] In entering that order, the Court neglected to direct the clerk to enter final judgment in favor of Defendants Sheriff Borders, Moore, and Russell. These Defendants are entitled to entry of a final judgment.

---

[1] The Court denied Defendant Scott Penvose's summary judgment motion, concluding he was not entitled to qualified immunity. The Court, however, granted Penvose's motion to dismiss on September 14, 2016. (Doc. 123).

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. Defendant Sheriff Gary S. Border's Motion for Entry of Judgment (Doc. 124) is GRANTED.

2. The Clerk is directed to enter final judgment in favor of Defendants Sheriff Gary S. Borders, John Moore, and Charles W. Russell, and against Plaintiff Geoffrey H. Anderson.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of October, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record